HICKS v. NEW JERSEY CAR–SPRING & RUBBER CO. (Supreme Court, Appellate Division, Second Department. October 20, 1899.) Action by John B. Hicks against the New Jersey Car-Spring & Rubber Company. No opinion. Motion for leave to appeal to the court of appeals denied.

HOFELICH, Appellant, v. PRESS CO., Respondent. (Supreme Court, Appellate Division, Third Department. September 6, 1899.) Action by Alice Hofelich, an infant, by guardian, against the Press Company. No opinion. Motion to dismiss appeal denied, with $10 costs.

HOFELICH, Appellant, v. PRESS CO., Respondent. (Supreme Court, Appellate Division, Third Department. September 12, 1899.) Action by Alice Hofelich, an infant, against the Press Company. No opinion. Order reversed, because of laches on the part of the defendant in applying for, security of costs, resulting in delaying the trial of the case, and motion to vacate granted, with $10 costs and disbursements of this appeal.

HOLMES, Respondent, v. BORST, Appellant. (Supreme Court, Appellate Division, Third Department. September 19, 1899.) Action by George Holmes against Charles H. Borst. No opinion. Judgment affirmed, with costs.

HOPKINS, Respondent, v. OLMSTED, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 13, 1899.) Action by Stuart B. Hopkins against Edward B. Olmsted. No opinion. Interlocutory judgment reversed, with costs, and demurrer overruled, with costs.

HOWARD, Appellant, v. HUBBLETHWAIT, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 4, 1899.) Action by John Howard against Charles Hubblethwait. No opinion. Order modified by striking out allowance of $10 costs, and, as so modified, affirmed, without costs of this appeal to either party.

HUCK v. ROCHESTER RY. CO. (Supreme Court, Appellate Division, Fourth Department. September 20, 1899.) Action by Mary A. Huck against the Rochester Railway Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the court of appeals denied. See 59 N. Y. Supp. 1107.

HUDSON RIVER & W. C. M. R. CO. v. HANFIELD et al. (Supreme Court, Appellate Division, Third Department. September 19, 1899.) Action by the Hudson River & Washington County Midland Railroad Company against De Witt C. Hanfield and another. No opinion. Appeal dismissed, without costs. See 55 N. Y. Supp. 877.

HUNTER v. SUPREME LODGE, KNIGHTS OF HONOR. (Supreme Court, Appellate Division, Second Department. October 17, 1899.)

Action by Emily Hunter against the Supreme Lodge, Knights of Honor. No opinion. Application for stay granted.

IMMERMAN v. SHIRMER. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Action by Joseph Immerman against George P. Shirmer. No opinion. Motion granted, with $10 costs.

In re INGERSOLL. (Supreme Court, Appellate Division, First Department. November 10, 1899.) In the matter of Robert H. Ingersoll. H. B. Kinghorn, for appellant. E. Hassett, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re INGERSOLL. (Supreme Court, Appellate Division, First Department. November 10, 1899.) In the matter of Robert H. Ingersoll. H. B. Kinghorn, for appellant. J. H. Straley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

INTERSTATE ADVERTISING CO., Appellant, v. PETERS, Respondent. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Action by the Interstate Advertising Company against Malcolm Peters. D. A. L'Esperance, for appellant. R. B. Aldcroft, Jr., for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re JAMES. (Supreme Court, Appellate Division, First Department. October 13, 1899.) In the matter of Mary A. James. No opinion. Motion granted, with $10 costs.

JANKELSON, Respondent, v. RUFF, Appellant. (Supreme Court, Appellate Term. October 25, 1899.) Action by Samuel Jankelson against August Ruff. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered. Peter Cook, for appellant. Leopold W. Harburger, for respondent.

PER CURIAM. The record is silent as to the residence of the defendant. In the absence of proof of the jurisdictional fact that he resided within the county of New York, the judgment must be reversed. Tyroler v. Gummersbach, 28 Misc. Rep. 151, 59 N. Y. Supp. 266, 319. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.

JENNER, Appellant, v. BEERS, Respondent. (Supreme Court, Appellate Division, Fourth Department. September 20, 1899.) Action by Herbert S. Jenner against Sarah L. Beers. No opinion. Order affirmed, with $10 costs and disbursements.

In re JOHNSON. (Supreme Court, Appellate Division, Second Department. November 2, 1899.) In the matter of the application of Thomas J. Johnson for admission to the bar. No opinion. Application granted.

JOHNSON, Appellant, v. FOSTER et al., Respondents. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Action by George F. Johnson against James P. Foster and others. P. P. Safford, for appellant.